UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

: 26 Mag. 3012-1 (UA)

-against- : ORDER

Jaylen Jackson

Defendant

-------------------------------------X

JENNIFER WILLIS, U.S. Magistrate Judge:

It is hereby ORDERED that the defendant's bail is modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
September 9, 2026

SO ORDERED:

Jennifer E. Willis

______________________________
JENNIFER WILLIS
U.S. Magistrate Judge