**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2026

**<u>BY ECF</u>**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jaylen Jackson*, 26 Cr. 447 (NRB)**

Dear Judge Buchwald:

The Government respectfully writes in advance of the arraignment and initial pretrial conference in the above-captioned case, currently scheduled for Tuesday, October 6, at 11:00 a.m. The case was assigned to this Court on September 29 after a grand jury returned an indictment charging the defendant with one count of possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1).

The Government requests that time be excluded from today through October 6, 2026, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion of time would serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial because it would provide sufficient time for the Government to produce discovery, for the defense to review that discovery and evaluate potential pretrial motions, and for the parties to discuss a potential pretrial resolution. The defense consents to this request.

Application granted. Speedy trial time is excluded until October 6, 2026 in the interest of justice. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Date: October 1, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Paulena B. Prager

Paulena B. Prager
Assistant United States Attorney
(212) 637-2473

cc: Andrew Dalack, Esq. (via ECF)