Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 23, 2026

***By CM/ECF***
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request granted. Status conference set for March 23, 2027 at 11:00 AM. Time is excluded under 18 U.S.C. § 3161(h)(7)(A) until the conference.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
November 24, 2026

**Re: *United States v. Jaylen Jackson*, 26 Cr. 447 (NRB)**

Dear Judge Buchwald:

I write to provide a status update, request an adjournment of the December 1, 2026, status conference in this case, and to request that the Court adopt the proposed Rule 12 schedule set forth below. The Government does not object to this application.

On October 30, 2026, the defense applied for Jaylen Jackson's admission to the Young Adult Opportunity Program (YAOP). Because that application remains pending, the defense respectfully submits that a conference on December 1, 2026, is unnecessary. Instead, the defense asks the Court to set a tentative Rule 12 schedule, subject to modification should Mr. Jackson ultimately be admitted to YAOP. The proposed schedule is as follows:

- Defense Rule 12 motions due February 22, 2027;
- Government Rule 12 response due March 8, 2027;
- Defense Rule 12 reply due March 15, 2027; and
- Status conference/hearing on motions the week of March 22, 2027.

The defense further consents to the exclusion of time under 18 U.S.C. § 3161(h)(7)(A) from December 1, 2026, through the next conference date. I thank the Court for considering this unopposed application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender, SDNY
(646) 315-1527

Cc: AUSA Paulena Bella Prager